**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UBISOFT ENTERTAINMENT, S.A. AND UBISOFT, INC., | ) ) | Case No. 23-cv-5059 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Judge Charles P. Kocoras |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 104,204, 223

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs UBISOFT ENTERTAINMENT, S.A. and UBISOFT, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|-----|-----------|
| 104 | oakey_27 |
| 204 | Ynscos2020 |
| 223 | Hxshgdsn Co.Ltd |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: October 03, 2023   By:  s/Michael A. Hierl_____
          Michael A. Hierl (Bar No. 3128021)
          William B. Kalbac (Bar No. 6301771)
          Robert P. McMurray (Bar No. 6324332)
          Hughes Socol Piers Resnick & Dym, Ltd.
          Three First National Plaza
          70 W. Madison Street, Suite 4000
          Chicago, Illinois 60602
          (312) 580-0100 Telephone
          mhierl@hsplegal.com

          Attorneys for Plaintiffs
          UBISOFT ENTERTAINMENT, S.A. and
          UBISOFT, INC.

**<ins>CERTIFICATE OF SERVICE</ins>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 03, 2023.

                s/Michael A. Hierl